# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. WALKER,<br><br>      Petitioner,<br><br>      v.<br><br>KEN CLARK, Warden,<br><br>      Respondent. | Case No. CV 08-5587-CJC (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the First Amended Petition for a Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections to the Report and Recommendation, and the Court has made a <u>de novo</u> determination of those portions of the Report and Recommendation to which Petitioner has objected. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the First Amended Petition for Writ of Habeas Corpus is denied; (2) and Judgment shall be entered dismissing the action with prejudice.

DATED: April 20, 2010

                                                     CORMAC J. CARNEY
                                           UNITED STATES DISTRICT JUDGE