JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. WALKER,<br><br>        Petitioner,<br><br>        v.<br>KEN CLARK, Warden,<br><br>        Respondent. | Case No. CV 08-5587-CJC (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: April 20, 2010

                                      CORMAC J. CARNEY
                               UNITED STATES DISTRICT JUDGE